In the Matter of GARDNERS BOWLING CENTRE, INC., Respondent, against PAUL MOSS, as License Commissioner of the City of New York, Appellant.

Argued June 13, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Charles C. Weinstein* of counsel), for appellant.

*Joseph G. Gubman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: LEHMAN, Ch. J.